I believe the question an important one, I would grant the writ of certiorari.

[Appendixes to opinion of BREYER, J., follow this page.]

No. 01–931. FLORIDA *v.* SCARLET. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 00–9741. BAYOUD *v.* MIMS ET AL., 534 U. S. 832;

No. 00–10890. GUSS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, 534 U. S. 885;

No. 01–310. HILL *v.* CLINTON, FORMER PRESIDENT OF THE UNITED STATES, ET AL., 534 U. S. 973;

No. 01–850. MILLS *v.* WISER OIL CO., 534 U. S. 1084;

No. 01–6630. CHRISTEN *v.* R. J. REYNOLDS TOBACCO CO. ET AL., 534 U. S. 1059;

No. 01–6710. BUTTS *v.* GEORGIA, 534 U. S. 1086;

No. 01–6840. JACOBS *v.* LOUISIANA, 534 U. S. 1087;

No. 01–6859. WILLIAMS *v.* FLORIDA ET AL., 534 U. S. 1087;

No. 01–6934. BAYOUD *v.* MIMS ET AL., 534 U. S. 1091;

No. 01–7019. SCHMITT *v.* VIRGINIA, 534 U. S. 1094; and

No. 01–7187. CUEVAS-AQUINO *v.* UNITED STATES, 534 U. S. 1098. Petitions for rehearing denied.

MARCH 5, 2002

No. 01–8708 (01A667). IN RE TOKAR. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MARCH 7, 2002

No. 01–8638. DE LA CRUZ *v.* TEXAS VISITING NURSE SERVICE, INC. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

MARCH 12, 2002

No. 01–8889 (01A689). HOUSEL *v.* HEAD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, pre-